# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SABRINA HART on behalf of herself, all similarly situated, and the Proposed New York Rule 23 Class, | ) ) ) ) | Case No. 09-CV-3043 JGK/THK |
| Plaintiff, | ) ) | |
| v. | ) ) | **MOTION FOR CONDITIONAL CLASS CERTIFICATION** |
| RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff moves this Court for an order for conditional class certification for the purpose of providing notice to putative collective class members under the FLSA.

Dated: June 15, 2009      NICHOLS KASTER, PLLP

                                                     s/E. Michelle Drake
Donald H. Nichols, NY Bar No. 725840
    nichols@nka.com
Michele R. Fisher (MF 4600)
    fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X
    lukas@nka.com
(*pro hac vice* application forthcoming)
Steven Andrew Smith, MN Bar No. 260836
    smith@nka.com
(*admitted pro hac vice*)
E. Michelle Drake, MN Bar No. 0387366
    drake@nka.com
(*admitted pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFF