UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART on behalf of herself, all similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiff,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 JGK/THK<br><br><br><br>**AFFIDAVIT OF**<br>**E. MICHELLE DRAKE** |

STATE OF MINNESOTA   )
                                         ) ss
COUNTY OF HENNEPIN  )

E. Michelle Drake, being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-entitled matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. I submit this Affidavit in support of Plaintiff's Motion for Class Certification.

3. A true and correct copy of the following documents are attached hereto to as exhibits:

   **EXHIBIT 1:**   Proposed Class Notice;

   **EXHIBIT 2:**   Excerpts from Rick's Cabaret Int'l, Inc., Annual Report (Form 10-K), dated September 30, 2005;

   **EXHIBIT 3:**   Excerpts from Rick's Cabaret Int'l, Inc., Annual Report (Form 10-K), dated September 30, 2005 Amended;

1

**EXHIBIT 4:** Excerpts from Rick's Cabaret Int'l, Inc., Annual Report (Form 10-K), dated September 30, 2006;

**EXHIBIT 5:** Excerpts from Rick's Cabaret Int'l, Inc., Annual Report (Form 10-K), dated September 30, 2007;

**EXHIBIT 6:** Excerpts from Rick's Cabaret Int'l, Inc., Annual Report (Form 10-K), dated September 30, 2008;

**EXHIBIT 7:** Excerpts from Rick's Cabaret Int'l, Inc., Quarterly Report (Form 10QSB), dated August 14, 2008;

**EXHIBIT 8:** Printout of the page of Defendant Rick's website that list club locations, as accessed on June 7, 2009. The webpage is also available at: http://www.ricks.com/club.aspx;

**EXHIBIT 9:** Excerpts from the deposition transcript of Eric Langan taken on July 15, 2008;

**EXHIBIT 10:** Printout of Defendant Rick's homepage, as accessed on June 7, 2009. Defendant's homepage is also available at: http://www.ricks.com;

**EXHIBIT 11:** Printout of Defendant's webpage that lists career opportunities, as accessed on June 7, 2009. The webpage is also available at: http://www.ricks.com/careers.aspx;

**EXHIBIT 12:** Entertainer Guidelines for New York;

**EXHIBIT 13:** Rick's Cabaret Int'l, Inc., Earnings Call Transcript (F2Q08), dated May 8, 2008;

**EXHIBIT 14:** Entertainer Charge Summary;

**EXHIBIT 15:** Masson v. Ecolab, Inc., No. 04 Civ. 4488, 2005 WL 2000133 (S.D.N.Y. Aug. 17, 2005);

**EXHIBIT 16:** Mazur v. Olek Lejbzon & Co., No. 05 Civ. 2194, 2005 WL 3240472 (S.D.N.Y. Nov. 30, 2006);

**EXHIBIT 17:** Damassia v. Duane Reade, Inc., No. 04 Civ. 8819 (GEL), 2006 WL 2853971 (S.D.N.Y. Oct. 5, 2006);

| | |
|---|---|
| **EXHIBIT 18:** | Sipas v. Sammy's Fishbox, Inc., 2006 WL 1084556 (S.D.N.Y Apr. 24, 2006); |
| **EXHIBIT 19:** | Krueger v. N.Y. Tel. Co., No. 93 Civ. 0178-79, 1993 WL 276058 (S.D.N.Y. July 21, 1993); and |
| **EXHIBIT 20:** | Class Notice in Lynch v. United Servs. Auto. Ass'n. |

FURTHER YOUR AFFIANT SAYETH NOT.

                                                s/E. Michelle Drake
                                                E. Michelle Drake

Subscribed and sworn to before me
15th day of June 2009.


s/Heather J. O'Neil
Notary Public

My Commission Expires January 31, 2012