EXHIBIT 8

HOME | INVESTOR INFORMATION | PRESS RELEASES | MEDIA | STORE | CAREERS

## Club Locations

Information about the clubs, with links to the club web sites, and maps to the clubs.

| Club | City | Address | Phone | Tour | Photos | Map | Web |
|---|---|---|---|---|---|---|---|
| **Florida** | | | | | | | |
| Tootsies | Miami | 150 NW 183rd Street<br>Miami Gardens, FL 33169 | ph (305) 651-5822<br>fax (305) 654-1265 | | | MAP | WEB |
| **Minnesota** | | | | | | | |
| Rick's | Minneapolis | 300 S. 3rd Street<br>Minneapolis, MN 55415 | ph (612) 321-0488<br>fax (612) 321-0795 | TOUR | | MAP | WEB |
| **Nevada** | | | | | | | |
| Rick's | Las Vegas | 3355 Procyon St<br>Las Vegas, NV 89102 | ph (702) 367-4000<br>fax (702) 873-3342 | | PHOTOS | MAP | WEB |
| **New York** | | | | | | | |
| Rick's | New York | 50 West 33rd Street<br>New York, NY 10001 | ph (212) 372-0850 | | PHOTOS | MAP | WEB |
| **North Carolina** | | | | | | | |
| Onyx | Charlotte | 5300 Old Pineville Road<br>Charlotte, NC 28217 | ph (704) 525-7050<br>fax (704) 561-7079 | | PHOTOS | MAP | WEB |
| **Pennsylvania** | | | | | | | |
| Onyx | Philadelphia | 2908 South Columbus Blvd.<br>Philadelphia, PA 19148 | ph (215) 218-1040 | | | MAP | WEB |
| **Texas** | | | | | | | |
| Rick's | Austin | 8110 Springdale Road<br>Austin, TX 78724 | ph (512) 929-3939<br>fax (512) 929-7979 | | PHOTOS | MAP | WEB |
| XTC | Austin | 3501 Andtree Blvd.<br>Austin, TX 78724 | ph (512) 929-3558<br>fax (512) 929-3714 | | | MAP | WEB |
| Onyx | Dallas | 10557 Wire Way<br>Dallas, TX 75220 | ph (214) 545-5600 | | | MAP | WEB |
| XTC | Dallas | 8550 North Stemmons Freeway<br>Dallas, TX 75247 | ph (214) 267-8550<br>fax (214) 638-7170 | | | MAP | WEB |
| Rick's | Fort Worth | 7101 Calmont<br>Fort Worth, TX 76116 | ph (817) 732-0000 | | | MAP | WEB |
| Divas Latinas | Houston | 9009 Airport Blvd<br>Houston, TX 77061 | ph (713) 946-4446<br>fax (713) 910-1152 | | PHOTOS | MAP | WEB |
| Onyx | Houston | 3113 Bering Drive<br>Houston, TX 77057 | ph (713) 785-0444<br>fax (713) 785-2593 | | | MAP | WEB |
| Rick's | Houston | 410 N. Sam Houston Pkwy<br>North Houston, TX 77060 | ph (281) 999-7891<br>fax (281) 999-7894 | TOUR | PHOTOS | MAP | WEB |
| XTC | Houston - North | 11415 North Freeway<br>Houston, TX 77060 | ph (281) 820-NUDE (6833)<br>fax (281) 820-4073 | | PHOTOS | MAP | WEB |
| XTC | Houston - South | 802 Houston Blvd (Hwy 3)<br>Houston, TX 77587 | ph (713) 944-7172<br>fax (713) 944-6536 | | PHOTOS | MAP | WEB |

SIGN UP FOR THE RICK'S NEWSLETTER




ACE ASSOCIATION OF CLUB EXECUTIVES



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rick's | **San Antonio** | 5418 Brewster Street<br>San Antonio, TX 78233 | ph (210) 657-2800 | | | MAP | WEB |
| XTC | **San Antonio** | 2023 Sable Lane<br>San Antonio, TX 78217 | ph (210) 822-3104<br>fax (210) 822-7528 | | | MAP | WEB |

Rick's | XTC | Onyx | Tootsie's | CouplesTouch | NaughtyBids

© Ricks Cabaret International 2009. All Rights Reserved
Webmaster

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT
CASE TYPE: CIVIL

---

Eric Zajkowski, Jamilyn Kaminski, Breann Calderone, Aili Sathe, Amanda Elden, Tiffany Pollard, and Latoya Fuller, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

Court File No. 27-CV-07-26436

RCI Entertainment (Minnesota), Inc., d/b/a Rick's Cabaret,

Defendant.

---

30.02(f) DEPOSITION OF
RCI ENTERTAINMENT (MINNESOTA), INC.
CORPORATE REPRESENTATIVE
ERIC SCOTT LANGAN

Taken Tuesday, July 15, 2008
Commencing at 10:23 a.m.

EXHIBIT
9

REPORTED BY: ANDREA J. TUNGLAND, RMR, CRR
PARADIGM REPORTING & CAPTIONING INC.
1400 RAND TOWER
527 MARQUETTE AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402-1331
(612) 339-0545

all labeled exhibits to that deposition.
Q. Sure. The exhibits that were used as exhibits in the deposition?
A. Correct.
Q. And I will be showing you a number of those today. And if it's one of the ones you looked at, could you identify it at that point?
A. Maybe, maybe not. I did that about two weeks ago, week and a half ago maybe.
Q. And did you meet with anyone to prepare for the deposition today? I don't want to know what you talked about. I just want to know if you met with anyone to prepare. You didn't meet with your counsel at all?
A. Not really.
Q. Did you prepare --
A. Went to his office and we walked over here.
(Discussion held off the record.)
Q. (By Mr. Smith) All right. Tell me a little bit about your position within the Rick's organizations.
A. Which one in particular? I mean...
Q. Well, who are you employed by?
A. Rick's Cabaret International, Inc., the parent company.
Q. Based out of where?
A. The holding company is based out of Houston,

Texas.
Q. Okay. And what's your title?
A. President and CEO, chairman of the board.
Q. All right. You're the top officer in the organization; is that correct?
A. Yes.
Q. All right. Why don't you describe the Rick's corporate structure as best you can. Obviously you're the top person. If you could move on down from there to the next level of management to people that report to you.
A. Basically everyone reports to me, but I have several regional managers --
Q. Okay.
A. -- that help oversee different clubs.
Q. Who are those individuals?
A. Ed Anakar.
Q. And if you could also identify -- I'm sorry to interrupt you. If you could also identify the region or area or club they're responsible for, that would be helpful.
A. Ed Anakar oversees New York and the Club Onyx and our Tootsie Cabaret in Florida. Anderson Studebaker oversees Minnesota and helps with computer systems, any kind of systems, POS systems, camera systems, those types

Q. Why don't you describe the general accounting structure for me.

A. Okay. The bookkeeping is done at our parent company on a parent company level.

Q. Meaning what?

A. Meaning the daily reports are prepared at each subsidiary, forwarded to the parent company to be booked into our accounting software, because we have to do consolidated financials because we're a publicly-traded company.

Q. Sure. Who's the top accounting or --

A. Our chief financial officer.

Q. Who would that be?

A. Phil Marshall.

Q. All right. And he is an employee of the parent company?

A. Correct.

Q. All right. Are there any other VP-level employees or employees on his level that report directly to you?

A. Yes.

Q. Who are they?

A. Travis Reese.

Q. What's he in charge of?

A. Information systems, our Internet. He runs our

A. Yes, through the consolidated.

Q. When you say consolidated, you mean the consolidated accounting system?

A. Well, we run consolidated reports for all of our clubs. We file consolidated tax returns, consolidated financial information.

Q. All right. When did you first become involved in the Rick's organization?

A. May of 1998.

Q. All right. And if you could, take me through the positions you've held from that point to the present at Rick's.

A. I was vice-president of operations from May of 1998 until March of 1999 when I became CEO.

Q. Okay. Did you have -- have you had an ownership interest in Rick's the entire time?

A. Stock, yes.

Q. And what percentage?

A. Well, percentage, well, it fluctuates, or has fluctuated. Probably --

MR. TERRY: I'm going to object on relevance. I don't see -- it's probably available, I suppose.

THE WITNESS: I was going to say, it's public information. I don't know offhand what my

Mobile | iPhone

EXHIBIT
10

Rick's CABARET

RICK NASDAQ LISTED

INVESTOR INFORMATION | PRESS RELEASES | MEDIA | STORE | CAREERS

6/7/2009 1:20 PM

NASDAQ:RICK Last Trade: **6.85** ***(delayed 20 minutes)***

Rick's

AUSTIN
FORT WORTH
HOUSTON
LAS VEGAS
MINNEAPOLIS
NEW ORLEANS
NEW YORK
SAN ANTONIO

ONYX

CHARLOTTE

YOUR CHANCE TO ASK A STRIPPER ANYTHING! ASK A STRIPPER?

BE SURE TO WATCH! CLICK HERE! HOWARD TV ON DEMAND SM WWW.HOWARD.TV

RSS

SIGN UP FOR THE RICK'S NEWSLETTER

DALLAS
HOUSTON - GALLERIA
PHILADELPHIA

Divas LATINAS

HOUSTON - SOUTH

Tootsie's

MIAMI

XTC

AUSTIN
DALLAS
HOUSTON - NORTH
HOUSTON - SOUTH
SAN ANTONIO










© Ricks Cabaret International 2009. All Rights Reserved.
Webmaster







BUILDING A WINNING TEAM
EXPO
XVII
IN YOUR CLUB
BUILD A WINNING TEAM IN YOUR CLUB
ITS A TOUGH GAME OUT THERE,
DO YOU HAVE WHAT IT TAKES TO WIN?
AUGUST 23-26TH
Early registration discounts available now
MANDALAY BAY

EXHIBIT 11



# CAREER OPPORTUNITIES

The following clubs have the following open positions. To apply please contact the person listed with the position by email.

## Florida

### Tootsie's Cabaret Miami

Waitstaff & Entertainers

Please contact anna@ricks.com

## Minnesota

### Rick's Minneapolis

Waitstaff & Entertainers

Please contact mikea@ricks.com

## Nevada

### Rick's Las Vegas

Always hiring top quality entertainers.
Email andy@ricks.com

## New York

SIGN UP FOR THE RICK'S NEWSLETTER

GET YOUR RICKS GEAR!

A PROUD SUPPORTER OF ACE
ACE ASSOCIATION OF CLUB EXECUTIVES

### Rick's New York

Waitstaff & Entertainers

Please contact shaun@ricks.com

## North Carolina

### Onyx Charlotte

Waitstaff & Entertainers

Please contact kate@ricks.com

## Pennsylvania

### Onyx Philadelphia

**NOW HIRING ALL POSITIONS!**

Please call (215) 218-1040 or email you resume to jenniferm@ricks.com

## Texas

### Rick's Austin

**Now hiring for a Manager**

Wait staff

Bar Staff

Disc Jockey

Door Staff

Please contact wayne@ricks.com

### XTC Austin

Always looking for Waitstaff & Entertainers

Please contact wayne@xtccabaret.com.

### XTC Dallas

AM & PM Door Hostesses - AM - Mon-Fri 10am - 6pm / PM - Sat & Sun 6pm - 2am
Door Hostess - PM 6pm - 2am 5 days a week
AM & PM Waittresses - PM Weekends 6pm - 2 am
Bartender
Always looking for Entertainers
Please contact robertb@ricks.com



**Rick's Fort Worth**

Always looking for Waitstaff & Entertainers

Please contact darrell@ricks.com

**Divas Houston**

Waitstaff & Entertainers

Please contact bob@xtccabaret.com

**Onyx Houston**

Waitstaff & Entertainers

Please contact ian@ricks.com

**Rick's Houston**

AM & PM Door Hostesses - AM - Mon-Fri 10am - 6pm / PM - Sat & Sun 6pm - 2am
Door Hostess - PM 6pm - 2am 5 days a week
AM & PM Waittresses - PM Weekends 6pm - 2 am
Bartender
Always looking for entertainers
Please contact ian@ricks.com

**XTC Houston - North**

D.J., Manager, Waitstaff & Entertainers

Please contact bob@xtccabaret.com

**XTC Houston - South**

D.J., Manager, Door Host, Waitstaff & Entertainers

No License or Latex Required!

Please contact bob@xtccabaret.com

**Rick's San Antonio**

Wait staff & Entertainers

Disc Jockey

Please contact wayne@ricks.com

**XTC San Antonio**

Always looking for Waitstaff & Entertainers

Please contact wayne@ricks.com

**Rick's** *offers challenging and rewarding positions at its establishments. Details of the positions available are as follows.*

**Waitstaff**
No experience necessary. We will train you to have knowledge of liquor, beer, wine, champagne, cigars, and food served at location. Will be expected to serve guests in a timely manner with a great attitude.

**Bartender**
Must have knowledge of how to prepare drinks and have familiarity of POS systems. Must be able to serve waitstaff and guests in a timely manner with efficiency.

**DJ**
Prior experience preferred. Must have vast knowledge of music from all eras. Must have some computer skills relating to music and lighting programs. Will be expected to perform with a great attitude and treat entertainers, guests, and staff with such.

**Door Host**
Duties to include: Checking IDs, welcoming guests in, screening possible intoxicated people, walking entertainers and staff to their vehicles, and other duties as directed by management. Must be friendly, courteous, and have a level head.

**Service Manager**
Duties to include: all scheduling, training, retraining, per-shift meetings with service staff. Also will be responsible for general management of the club, i.e.. greeting and seating guests, taking care of any problems that arise, taking entertainers to guests, etc.

**VIP Manager**
Duties to include: Maintaining high level of service to our VIP guests, running VIP rooms, selling and serving wine, champagne or bottle service. Also will be responsible for general management of the club, i.e.. greeting and seating guests, taking care of any problems that arise, taking entertainers to guests, etc.

**Manager**
Duties to include: General management of the club, i.e.. greeting and seating guests, taking care of any problems that arise, taking entertainers to guests, etc.

**General Manager**
Usually promoted from within. Duties to include: Over site of the entire club and staff, i.e.. scheduling, promotions, hiring and firing of entertainers and staff, special event planning, training, cost control, etc.

**Chef**
Must have experience. Duties to include: Over site of the kitchen, scheduling and training of kitchen staff, menu and recipe design, event planning with the GM, ordering of food. monthly inventories, cost control of the kitchen, etc.

**Cook**
Duties to include: Knowledge of how to prepare and present every item on the food menu, cleaning, food preparation, cost control, etc.

**Bar Back**
Duties to include: Set up and break down of the bars, stocking and restocking, retrieve items from the liquor rooms, end of shift cleaning of the bars, etc.

**Cage Staff**
Must have accounting, computer skills and cash handling experience. Duties to include: Handling of all money coming through the club, nightly bar and door check-outs, entertainer check-outs, new hire and termination paperwork, misc. paperwork, etc.

**Entertainers**

No experience necessary. Must be outgoing, friendly and able to perform on stage.

Rick's | XTC | Onyx | Tootsie's | CouplesTouch | NaughtyBids

© Ricks Cabaret International 2009. All Rights Reserved.
Webmaster

## ENTERTAINER GUIDELINES

1. Entertainers must use employee entrance.

2. Entertainers must pay house fee at the cage before beginning of shift .

3. Entertainers must show house mom receipt of there house fee payment before getting dressed.

4. Entertainers must look there best before going on the floor.

5. Entertainers must never have both knees on the ground at the same time. Entertainers may go down on one knee only while on stage and during a table dance.

6. Entertainers must cover their pubic area at all times with an opaque material. The anal cleft must remain covered at all times. Entertainers must not pull up their T-bars to show tan lines at any time.

7. Entertainers are prohibited from performing floor shows.

8. All entertainers are required to dance on the stage. Entertainers must check in at the D.J. booth.

9. Entertainers must maintain clean personal hygiene at all times. Hair, make-up and nails must be fashionably kept. Shoes must be high heeled and at least three (3) inches in height.

10. Entertainers are prohibited from chewing gum while on the floor or the stage.

11. Entertainers must cover all tattoos while on the floor and stage.

12. Entertainers are prohibited from soliciting alcohol from guests. However, entertainers who are offered a drink by a guest may accept the offer and should order a non-alcoholic beverage. An employee who chooses to drink alcoholic beverages should do so responsibly and not drink to excess.

EXHIBIT
tabbies
12

D 00082

13. Entertainers are prohibited from using public bathrooms upstairs or guest bathrooms.

14. Entertainers are prohibited from being under the influence, using, possessing or distributing or engaging in conversation regarding illegal drugs, or controlled substances on the premises or Rick's Cabaret.

15. Prostitution is strictly prohibited and is grounds for immediate dismissal. Prostitution is defined as engaging in any sexual act for any material compensation (money, drugs, gifts, etc.).

16. Assignation of Prostitution is strictly prohibited. Assignation of prostitution occurs when an individual has agreed (assigned) to prostitute himself/herself but have not necessarily committed the act.

17. Solicitation or Pandering of Prostitution is strictly prohibited. Solicitation occurs when an individual offers or suggests that he/she would be willing to meet someone for a material consideration in order to commit a sexual act. Pandering occurs when an individual offers someone else for prostitution.

18. Entertainers who fail to comply with the above-cited guidelines will be subject to disciplinary action, up to and including discharge.