# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART on behalf of herself, all similarly situated, and the Proposed New York Rule 23 Class, ) ) ) ) | Case No. 09-CV-3043 JGK/THK |
| Plaintiff, ) ) | |
| v. ) ) | **AFFIDAVIT OF** <br> **E. MICHELLE DRAKE** |
| RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC., ) ) ) ) | |
| Defendants. ) | |

STATE OF MINNESOTA   )
                     ) ss
COUNTY OF HENNEPIN   )

E. Michelle Drake, being duly sworn, states as follows:

    1.    I am one of the attorneys for the Plaintiffs in the above-entitled matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

    2.    I submit this Affidavit in support of Plaintiff's Motion to Supplement the Record.

    3.    A true and correct copy of the following documents are attached hereto to as exhibits:

    **EXHIBIT A:**    Declaration of Reka Furedi.

1

FURTHER YOUR AFFIANT SAYETH NOT.

                                                                              s/E. Michelle Drake  
                                                                              E. Michelle Drake

Subscribed and sworn to before me  
24th day of June 2009.

s/Heather J. O'Neil  
Notary Public

My Commission Expires January 31, 2012