**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SABRINA HART on behalf of herself, all similarly situated, and the Proposed New York Rule 23 Class,

Plaintiff,

v.

RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,

Defendants.

Case No. 09-CV-3043 JGK/THK

**AFFIDAVIT OF**
**E. MICHELLE DRAKE**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

E. Michelle Drake, being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-entitled matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. I submit this Affidavit in support of Plaintiff's Reply Memorandum in Support of Motion for Conditional Class Certification.

3. A true and correct copy of the following documents are attached hereto to as exhibits:

**EXHIBIT 21:** Email from Jeff Kimmel to Michelle Drake, dated June 24, 2009;

**EXHIBIT 22:** Email from Jeff Kimmel to Michelle Drake, dated June 25, 2009;

**EXHIBIT 23:** Revised Proposed Notice;

**EXHIBIT 24:** Simpkins v. Pulte Home Corp., No. 6:08-cv-130-Orl-19DAB, 2008 WL 3927275 (M.D. Fla. Aug. 21, 2008);

**EXHIBIT 25:** Martin v. Priba Corp., 1992 WL 486911 (N.D. Tex. 1992);

**EXHIBIT 26:** Monger v. Cactus Salon & SPA's LLC, No. 08-CV-1817, 2009 WL 1916386 (E.D.N.Y. Jul. 6, 2009);

**EXHIBIT 27:** Hallissey v. America Online, Inc., No. 99 CV 375, 2008 WL 465112 (S.D.N.Y. Feb. 19, 2008); and

**EXHIBIT 28:** Redmond v. Moody's Investor Service, Case No. 92 CIV 9161, 1995 WL 276150 (S.D.N.Y. May 10, 1995).

FURTHER YOUR AFFIANT SAYETH NOT.

s/E. Michelle Drake
E. Michelle Drake

Subscribed and sworn to before me
13th day of June 2009.

s/Heather J. O'Neil
Notary Public

My Commission Expires January 31, 2012