**Nichols Kaster, PLLP**
Donald H. Nichols (DN 0689)
Michele R. Fisher (MF 4600)
Paul J. Lukas, MN Bar No. 22084X
(*pro hac vice* application forthcoming)
Steven Andrew Smith, MN Bar No. 260836
*(Admitted Pro Hac Vice)*
E. Michelle Drake, MN Bar No. 0387366
*(Admitted Pro Hac Vice)*
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 JGK/THK<br><br>**AFFIDAVIT OF E. MICHELLE DRAKE** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

E. Michelle Drake, being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-entitled matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. I submit this Affidavit in support of Plaintiffs' Memorandum in Support of Motion to File Second Amended Complaint.

3. A true and correct copy of the following documents are attached hereto to as exhibits:

**EXHIBIT 1:** Proposed Second Amended Complaint; and

**EXHIBIT 2:** http://www.rickscabaret.com/press.aspx.

4. The parties have recently reached agreement on a stipulation to extend this deadline to November 30, 2009.

5. Written discovery in this matter is underway, with both parties having served and answered discovery requests.

6. Written discovery is largely stalled due to ongoing disputes about the sufficiency of each party's responses.

7. Only one deposition has been taken by Plaintiffs in this matter to date.

8. No depositions have been taken by Defendants.

FURTHER YOUR AFFIANT SAYETH NOT.

s/E. Michelle Drake
E. Michelle Drake

Subscribed and sworn to before me
28th day of October 2009.

s/Heather J. O'Neil
Notary Public

My Commission Expires January 31, 2012