UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves, all similarly situated, and the Proposed New York Rule 23 Class, <br><br> Plaintiff, <br><br> v. <br><br> RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC., <br><br> Defendants. | Case No. 09-CV-3043 JGK/THK <br><br><br><br> **MOTION FOR RULE 23 CLASS CERTIFICATION** |

Plaintiffs hereby move the Court to certify a class consisting of the following individuals pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure:

> All persons who have worked at the Rick's Cabaret located in the state of New York as 'entertainers' at any time six years prior to the filing of this Complaint to the entry of judgment in the case" against Defendants Rick's Cabaret International Inc., RCI Entertainment (New York) Inc. and Peregrine Enterprises, Inc.

Dated: November 25, 2009                NICHOLS KASTER, PLLP


                                        s/E. Michelle Drake
                                        Donald H. Nichols, NY Bar No. 725840
                                                nichols@nka.com
                                        Michele R. Fisher (MF 4600)
                                                fisher@nka.com
                                        Steven Andrew Smith, MN Bar No. 260836
                                                smith@nka.com
                                        (*admitted pro hac vice*)
                                        E. Michelle Drake, MN Bar No. 0387366
                                                drake@nka.com
                                        (*admitted pro hac vice*)
                                        4600 IDS Center, 80 South 8th Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 256-3200

                                        ATTORNEYS FOR PLAINTIFFS