Jeffrey A. Kimmel (JK 0584)
Racquel Crespi Weintraub (RW 1614)
Howard Davis (HD 4452)
MEISTER SEELIG & FEIN, LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves, all similarly situated, and the Proposed New York Rule 23 Class, Plaintiffs, | **Case Number: 09-CV-3043 (JGK/THK)** |
| -against- | **DECLARATION OF <u>JEFFREY A. KIMMEL</u>** |
| RCI ENTERTAINMENT (NEW YORK) INC. and PEREGRINE ENTERPRISES, INC. Defendants. | |

---

JEFFREY A. KIMMEL, under the penalties of perjury, declares:

1. I am a member of Meister Seelig & Fein LLP, attorneys for the defendants RCI Entertainment (New York), Inc. ("RCI NY") and Peregrine Enterprises, Inc. ("Peregrine") (collectively referred to herein as "Defendants") in the above referenced action. I submit this declaration in further support of Defendant Peregrine Enterprises, Inc.'s ("Peregrine") motion to supplement its opposition to Plaintiffs' Motion for Class Certification (the "Cert Motion").

2. A copy of Defendants' Initial Disclosures is annexed hereto as Exhibit A.

3. A copy of the Scheduling Order in this action is annexed hereto as Exhibit B.

4. Attached hereto as Exhibit C are true and accurate copies of unpublished decisions cited in the accompanying Memorandum of Law, in alphabetical order, for the Court's convenience.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed: February 16, 2010

JEFFREY A. KIMMEL