IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 (JGK/THK)<br><br>NOTICE OF CONSENT FILING |

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person(s):

Erin Mullen

Dated: March 24, 2010

NICHOLS KASTER, PLLP

s/ E. Michelle Drake
Donald H. Nichols (DN 0689)
Michele R. Fisher (MF 4600)
Steven Andrew Smith, MN Bar No. 260836
(admitted pro hac vice)
E. Michelle Drake, MN Bar No. 0387366
(admitted pro hac vice)
Anna P. Prakash, MN Bar No. 0351362
(admitted pro hac vice)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, RCI Entertainment (New York) Inc., and Peregrine Enterprises, Inc.

2. During the past three years, I worked as an entertainer at the Rick's Cabaret located in New York City. I did not receive an hourly wage and I was required to pay a house fee when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

Date: 3/23/10

Signature: *[signature]*

Print Name: ERIN MULLEN

REDACTED