IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 (JGK/THK)<br><br>NOTICE OF CONSENT FILING |

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person(s):

Amberly Miller

Dated: May 17, 2010

NICHOLS KASTER, PLLP

s/ E. Michelle Drake
Donald H. Nichols (DN 0689)
Michele R. Fisher (MF 4600)
Steven Andrew Smith, MN Bar No. 260836
(*admitted pro hac vice*)
E. Michelle Drake, MN Bar No. 0387366
(*admitted pro hac vice*)
Anna P. Prakash, MN Bar No. 0351362
(*admitted pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFFS

# CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover compensation I am owed by my current/former employers, RCI Entertainment (New York) Inc., and Peregrine Enterprises, Inc.

2. During the past three years, I worked as an entertainer at the Rick's Cabaret located in New York City. I did not receive an hourly wage and I was required to pay a house fee when I worked.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

Date: 5/10/10

Signature

AMBERLY MILLER
Print Name

