```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SABRINA HART and REKA FUREDI,        :
on behalf of themselves and all others :
similarly situated, and the          :
New York Rule 23 Class,              :   09 Civ. 03043 (JGK)(THK)
                         Plaintiff,  :
                                     :       ORDER
            -against-                :
                                     :
RICK'S CABARET INTERNATIONAL INC.,   :
RCI ENTERTAINMENT (NEW YORK) INC., and :
PEREGRINE ENTERPRISES, INC.          :
                                     :
                         Defendant.  :
------------------------------------X
```



**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

The Court has considered the parties' submissions relating to Defendants' Interrogatories and Document Requests issued to the opt-in Plaintiffs, and hereby orders:

1. The Court has already authorized discovery addressed to a sample of the opt-in Plaintiffs. Plaintiffs' proposed sample of 5-10% of the 53 opt-in Plaintiffs is to small to be meaningful. Accordingly, the Court concludes that responses from 20 opt-in Plaintiffs would be appropriate.

2. Discovery of relevant portions of tax returns will be permitted. Plaintiffs need not disclose those portions of the returns that relate to unearned income.

3. Any of the 20 selected Plaintiffs who maintained separate records of cash received from customers, while working for Defendants, shall produce those records. Bank records need not be

produced.

4. Plaintiffs shall produce any documents in their custody and control (1) that reflect any evaluations, discipline, or penalties imposed by Defendants; (2) that contain rules and policies of Defendants; (3) that reflect payment of disc jockey fees by the Plaintiffs; (4) that are pleadings and deposition transcripts in any judicial or administrative proceeding relating to wage and hour claims, in which the Plaintiff participated.

5. Plaintiffs will not be required to produce documents, or respond to interrogatories, relating to employment as an "entertainer" by employers other than Defendants. If the parties cannot agree on a stipulation to the effect that Plaintiffs were permitted to work for other employers while working for Defendants, the individual opt-in Plaintiffs shall respond to a simple interrogatory on that subject.

6. Plaintiffs shall respond to interrogatories 3-6, 8, 9, and 13-16.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2011
       New York, New York