UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SABRINA HART, ET AL.,

        Plaintiffs,        09 Civ. 3043 (JGK)

  - against -                 ORDER

RICK'S CABARET INT'L INC., ET AL.,

        Defendants.
---

JOHN G. KOELTL, District Judge:

    As discussed on the record at today's conference, the defendants' request for leave to amend the counterclaim is **granted**, and the plaintiffs' motion to dismiss the counterclaim is **denied without prejudice**. The defendants should file an amended counterclaim by **June 21, 2011**. The plaintiffs' time to move or answer with respect to the counterclaim is **July 5, 2011**. The parties should submit a stipulation with respect to the form of class notice as soon as possible.

    The Clerk is directed to close **Docket No. 257**.

SO ORDERED.

Dated:    New York, New York
           June 7, 2011

                                              John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/8/11