**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL, INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 PAE/RLE<br><br>**AFFIDAVIT OF ANNA P. PRAKASH** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Anna P. Prakash, being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiffs in the above matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. I submit this Affidavit in support of Plaintiffs' Motion for Summary Judgment.

3. A true and correct copy of the following documents are attached hereto to as exhibits:

**EXHIBIT 1:** Matter of Double R Entertainment, LLC (T/A Rick's Tally-Ho), No. PR 08-156 (NY Indus. Bd. App. June 7, 2011);

**EXHIBIT 2:** Matter of Ten's Cabaret, Order (March 9, 2007);

**EXHIBIT 3:** Matter of Ten's Cabaret, Petition (June 18, 2008);

**EXHIBIT 4:** Matter of Ten's Cabaret, Answer (April 30, 2009);

**EXHIBIT 5:** Matter of Ten's Cabaret, Dismissal (July 28, 2010);

**EXHIBIT 6:** Chaves v. King Arthur's Lounge, No. 07-2505 (Mass. Super. Ct. July 30, 2009);

**EXHIBIT 7:** Jones v. JGC Dallas, LLC, No. 3:11-cv-02743-O-BH (N.D. Tex. Aug. 17, 2012);

**EXHIBIT 8:** Velasco v. XTC Cabaret, Inc., No. 4:12-CV-03295, ECF. No. 14 (S.D. Tex. Jan. 21, 2013);

**EXHIBIT 9:** American Dream Girls of Syracuse, WCB Case #69411630 (April 6, 1999);

**EXHIBIT 10:** Matter of App. Bd. No. 542066, (Nov. 5, 2008);

**EXHIBIT 11:** Matter of App. Bd. No. 548382, (May 25, 2010);

**EXHIBIT 12:** Matter of App. Bd. No. 548927, (May 3, 2010);

**EXHIBIT 13:** Matter of Club Mateem, Inc., ALJ #004-11787 aff'd Appeal Bd. #52409 (Feb. 4, 2005);

**EXHIBIT 14:** Matter of Playtime Boutique, Inc., App. Bd. #521409 (March 22, 2005);

**EXHIBIT 15:** Matter of Pros Tavern, App. Bd. #432051;

**EXHIBIT 16:** NY DOL Opinion Letter, RO-11-0001 (Jan. 12, 2011);

**EXHIBIT 17:** Amo, Rhett – June 21, 2011 deposition transcript excerpts;

**EXHIBIT 18:** Anakar, Ed – February 29, 2012 deposition transcript excerpts, including cited deposition exhibits;

**EXHIBIT 19:** Bashore-Canzoneri, Irma – April 4, 2012 deposition transcript;

**EXHIBIT 20:** Bateman, Carrie – April 25, 2012 deposition transcript;

**EXHIBIT 21:** Chen, Yiying – March 29, 2012 deposition transcript;

**EXHIBIT 22:** Chunikhina, Maria – March 23, 2012 deposition transcript;

**EXHIBIT 23:** Clark, Ti'Lesa – May 31, 2012 deposition transcript;

**EXHIBIT 24:** Crissman, Ian – June 22, 2011 deposition transcript excerpts;

**EXHIBIT 25:** Daniels, Alicia – April 2, 2012 deposition transcript;

**EXHIBIT 26:** Dilag, Rhea – April 19, 2012 deposition transcript;

**EXHIBIT 27:** Fenlon, Wayne – June 23, 2011 deposition transcript excerpts;

**EXHIBIT 28:** Finsterwald, Emily – March 19, 2012 deposition transcript, including cited deposition exhibit;

**EXHIBIT 29:** Furedi, Reka – April 13, 2010 deposition transcript;

**EXHIBIT 30:** Ginsberg, Elsie – May 11, 2012 deposition transcript;

**EXHIBIT 31:** Hart, Sabrina – April 7, 2010 deposition transcript;

**EXHIBIT 32:** Hemmes, Desiree – May 8, 2012 deposition transcript;

**EXHIBIT 33:** Hernandez, Lilian – April 17, 2012 deposition transcript;

**EXHIBIT 34:** Jurman, Ashley – March 15, 2012 deposition transcript;

**EXHIBIT 35:** Kasper, Karoline – April 5, 2012 deposition transcript;

**EXHIBIT 36:** Lamb, Marina – March 27, 2012 deposition transcript;

**EXHIBIT 37:** Langan, Eric – July 15, 2008 deposition transcript excerpts;

**EXHIBIT 38:** Langan, Eric – March 31, 2009 deposition transcript excerpts;

**EXHIBIT 39:** Langan, Eric – April 23, 2009 deposition transcript excerpts, including cited deposition exhibits;

**EXHIBIT 40:** Langan, Eric – October 7, 2009 deposition transcript excerpts, including cited deposition exhibits;

**EXHIBIT 41:** Marshall, Phillip – December 10, 2008 deposition transcript excerpts;

**EXHIBIT 42:** Marshall, Phillip – February 23, 2012 deposition transcript excerpts, including cited deposition exhibits;

**EXHIBIT 43:** McCleary, Tajuana – April 24, 2012 deposition transcript;

**EXHIBIT 44:** Miller, Amberly – April 26, 2012 deposition transcript;

**EXHIBIT 45:** Mullen, Erin – April 16, 2012 deposition transcript;

**EXHIBIT 46:** Pestova, Tatiana – May 3, 2012 deposition transcript;

**EXHIBIT 47:** Reese, Travis – December 10, 2008 deposition transcript excerpts;

**EXHIBIT 48:** Rivers, Tavonia – March 22, 2012 deposition transcript;

**EXHIBIT 49:** Romero, Gladys – April 30, 2012 deposition transcript;

**EXHIBIT 50:** Royer, Alrea – April 20, 2012 deposition transcript;

**EXHIBIT 51:** Simone Silk – March 22, 2012 deposition transcript;

**EXHIBIT 52:** Simon, Jessica – May 18, 2012 deposition transcript;

**EXHIBIT 53:** Sistrunk, Kenneth – October 29, 2009 and May 20, 2010 deposition transcript excerpts, including cited deposition exhibits;

**EXHIBIT 54:** Shulman, Victoria – April 18, 2012 deposition transcript;

**EXHIBIT 55:** Trapani, Melinda – February 17, 2012 deposition transcript excerpts, including cited deposition exhibits;

**EXHIBIT 56:** Venizelos, Emily – May 1, 2012 deposition transcript;

**EXHIBIT 57:** Summary Exhibit (summarizing written guidelines; previously filed as ECF No. 69-14);

**EXHIBIT 58:** P0147 (dance dollar consent form);

**EXHIBIT 59:** PER2647 (dance dollar);

**EXHIBIT 60:** PER2648 (dance dollar);

**EXHIBIT 61:** PER002704 (personnel file);

**EXHIBIT 62:** PER002776 (personnel file);

**EXHIBIT 63:** PER002830 (personnel file);

**EXHIBIT 64:** PER002835 (personnel file);

**EXHIBIT 65:** PER002890 (personnel file);

**EXHIBIT 66:** PER002929 (personnel file);

**EXHIBIT 67:** PER002943 (personnel file);

**EXHIBIT 68:** PER002994 (personnel file);

**EXHIBIT 69:** PER003075 (personnel file);

**EXHIBIT 70:** PER003117-3118 (dance dollar consent forms);

**EXHIBIT 71:** PER3120 (accounting records);

**EXHIBIT 72:** PER3125 (sign);

**EXHIBIT 73:** PER3126 (sign);

**EXHIBIT 74:** PER3127 (sign);

**EXHIBIT 75:** PER3130 (sign);

**EXHIBIT 76:** PER3132 (sign);

**EXHIBIT 77:** PER3134 (sign);

**EXHIBIT 78:** PER3212 (personnel file);

**EXHIBIT 79:** PER3284 (personnel file);

**EXHIBIT 80:** PER3379-3403 (accounting records);

**EXHIBIT 81:** PER3404-3420 (accounting records);

**EXHIBIT 82:** PER3408 (accounting records);

**EXHIBIT 83:** PER003465 (email);

**EXHIBIT 84:** PER003468-3472 (email);

**EXHIBIT 85:** PER003473-3474 (email);

**EXHIBIT 86:** PER03476-3478 (email);

**EXHIBIT 87:** PER003483 (email);

**EXHIBIT 88:** PER003492 (email);

**EXHIBIT 89:** PER003495 (email);

**EXHIBIT 90:** PER003496 (email);

**EXHIBIT 91:** PER003497 (email);

**EXHIBIT 92:** PER003498 (email);

**EXHIBIT 93:** PER003501 (email);

**EXHIBIT 94:** PER003502 (email);

**EXHIBIT 95:** PER3503-3504 (email);

**EXHIBIT 96:** PER003507-3508 (email);

**EXHIBIT 97:** PER003509-3543 (email);

**EXHIBIT 98:** PER003545-3546 (email);

**EXHIBIT 99:** PER003547 (email);

**EXHIBIT 100:** PER003555-3557 (email);

**EXHIBIT 101:** PER003559 (email);

**EXHIBIT 102:** PER003560-3563 (email);

**EXHIBIT 103:** PER003565-3566 (email);

**EXHIBIT 104:** PER003568-3569 (email);

**EXHIBIT 105:** PER003584 (email);

**EXHIBIT 106:** PER003610 (email, includes PER003610-3611);

**EXHIBIT 107:** PER003612-3613 (email);

**EXHIBIT 108:** PER003617-3624 (email);

**EXHIBIT 109:** PER003625 (email);

**EXHIBIT 110:** PER003633-3635 (email);

**EXHIBIT 111:** PER003641-3642 (email);

**EXHIBIT 112:** PER003651 (email);

**EXHIBIT 113:** PER003655 (email);

**EXHIBIT 114:** PER3657 (email);

**EXHIBIT 115:** PER003659-3660 (email);

**EXHIBIT 116:** PER003661 (email);

**EXHIBIT 117:** PER003681 (email);

**EXHIBIT 118:** PER003683 (email);

**EXHIBIT 119:** PER003685 (email);

**EXHIBIT 120:** PER003707 (email);

**EXHIBIT 121:** PER003708-3709 (email);

**EXHIBIT 122:** PER003713 (email);

**EXHIBIT 123:** PER003720 (email, includes PER003720-3722);

**EXHIBIT 124:** PER003725 (email);

**EXHIBIT 125:** PER003729-3730 (email);

**EXHIBIT 126:** PER003850 (email);

**EXHIBIT 127:** PER003852 (email);

**EXHIBIT 128:** PER003853 (email);

**EXHIBIT 129:** PER003855 (email);

**EXHIBIT 130:** PER003857 (email);

**EXHIBIT 131:** PER3860 (email);

**EXHIBIT 132:** PER003861 (email);

**EXHIBIT 133:** PER0003862 (email);

**EXHIBIT 134:** PER003863 (email);

**EXHIBIT 135:** PER003866 (email);

**EXHIBIT 136:** PER003869 (email);

**EXHIBIT 137:** PER003873 (email);

**EXHIBIT 138:** PER003877 (email);

**EXHIBIT 139:** PER003880 (email);

**EXHIBIT 140:** PER3925 (advertisement);

**EXHIBIT 141:** PER3956 (advertisement);

**EXHIBIT 142:** PER4045 (advertisement);

**EXHIBIT 143:** PER4237 (advertisement);

**EXHIBIT 144:** PER4348 (advertisement);

**EXHIBIT 145:** PER4350 (advertisement);

**EXHIBIT 146:** PER4357 (advertisement);

**EXHIBIT 147:** PER005095-5096 (email);

**EXHIBIT 148:** PER005097-5098 (email);

**EXHIBIT 149:** PER005102 (email);

**EXHIBIT 150:** PER005104-5105 (email);

**EXHIBIT 151:** PER005109 (email);

**EXHIBIT 152:** PER005120-5121 (email);

**EXHIBIT 153:** PER005125 (email);

**EXHIBIT 154:** PER005127 (email);

**EXHIBIT 155:** PER5135 (email);

**EXHIBIT 156:** PER5137-5138 (email);

**EXHIBIT 157:** PER005140-5142 (email);

**EXHIBIT 158:** PER005154 (email);

**EXHIBIT 159:** PER005157-5159 (email);

**EXHIBIT 160:** PER005160-5161 (email, includes PER005160-5162);

**EXHIBIT 161:** PER005164-5165 (email);

**EXHIBIT 162:** PER005168 (email);

**EXHIBIT 163:** PER005169-5170 (email);

**EXHIBIT 164:** PER005178-5179 (email);

**EXHIBIT 165:** PER005201 (email);

**EXHIBIT 166:** PER005203 (email);

**EXHIBIT 167:** PER005206-5207 (email);

**EXHIBIT 168:** PER005208-5209 (email);

**EXHIBIT 169:** PER005211 (email, includes PER005211-5212);

**EXHIBIT 170:** PER005213-5214 (email);

**EXHIBIT 171:** PER7506 (entertainer meeting agenda);

**EXHIBIT 172:** PERESI00011-13 (dance dollar consent forms);

**EXHIBIT 173:** PERESI00026 (accounting records);

**EXHIBIT 174:** PERESI00083 (email);

**EXHIBIT 175:** PERESI00091 (email);

**EXHIBIT 176:** PERESI00163 (email);

**EXHIBIT 177:** PERESI00164 (email);

**EXHIBIT 178:** PERESI00174 (email);

**EXHIBIT 179:** PERESI00181 (email);

**EXHIBIT 180:** PERESI00183 (email);

**EXHIBIT 181:** PERESI00277 (accounting records);

**EXHIBIT 182:** PERESI00279 (accounting records);

**EXHIBIT 183:** PERESI00280 (accounting records);

**EXHIBIT 184:** PERESI00295 (accounting records);

**EXHIBIT 185:** PERESI00296 (accounting records);

**EXHIBIT 186:** PERESI00297 (accounting records);

**EXHIBIT 187:** PERESI00299 (accounting records);

**EXHIBIT 188:** PERESI00300 (accounting records);

**EXHIBIT 189:** RCII0006 – RCII0083 (arbitration agreement);

**EXHIBIT 190:** RCII0085 – RCII0091 (arbitration agreement);

**EXHIBIT 191:** RCII0102 – RCII0143 (arbitration agreement);

**EXHIBIT 192:** RCII0147 – RCII0152 (arbitration agreement);

**EXHIBIT 193:** RCII0154 – RCII0159 (arbitration agreement);

**EXHIBIT 194:** RCII0167 (sign);

**EXHIBIT 195:** RCII0168 – RCII0179 (arbitration agreement);

**EXHIBIT 196:** RCII0181 – RCII0203 (arbitration agreement);

**EXHIBIT 197:** RCII000312-313 (email);

**EXHIBIT 198:** RCII000315 (email);

**EXHIBIT 199:** RCII0365-366 (accounting records);

**EXHIBIT 200:** NKA0006407 – Charge Summaries, Dance Dollar Reports and Log-in/Log-out Reports for Desiree Hemmes;

**EXHIBIT 201:** NKA0008379 – Log-in/Log-out Reports for 2005-2011;

**EXHIBIT 202:** NKA0008380 – Charge Summaries for 2005-2011;

**EXHIBIT 203:** NKA0008381 – Dance Dollar Reports for 2005-2011;

**EXHIBIT 204:** NKA0008661 – Charge Summaries, Dance Dollar Reports and Log-in/Log-out Reports for 2011;

**EXHIBIT 205:** NKA0012531 – Charge Summaries, Dance Dollar Reports and Log-in/Log-out Reports for January 2012 to May 2012;

**EXHIBIT 206:** NKA0013187 – Charge Summaries, Dance Dollar Reports and Log-in/Log-out Reports for May 2012 to October 2012;

**EXHIBIT 207:** NKA0014476 – Charge Summaries, Dance Dollar Reports and Log-in/Log-out Reports for December 2011;

**EXHIBIT 208:** Defendants' Responses to Document Request No. 72;

**EXHIBIT 209:** Peregrine Request for Admission Response No. 1;

**EXHIBIT 210:** Peregrine Request for Admission Set IV Responses;

**EXHIBIT 211:** Peregrine Supplemental Interrogatory Response No. 13;

**EXHIBIT 212:** Peregrine Supplemental Request for Admission Response No. 29;

**EXHIBIT 213:** RCII & RCI New York Request for Admission Set IV Responses;

**EXHIBIT 214:** Defense Counsel's letter to Plaintiffs' Counsel, dated May 17, 2011;

**EXHIBIT 215:** Defense Counsel's letter to Plaintiffs' Counsel, dated June 16, 2011;

**EXHIBIT 216:** Defense Counsel's letter to Mag. J. Katz, dated July 18, 2011;

**EXHIBIT 217:** Defense Counsel's letter to Mag. J. Katz, dated July 25, 2011;

**EXHIBIT 218:** Defense Counsel's letter to Plaintiffs' Counsel, dated August 4, 2011;

**EXHIBIT 219:** Defense Counsel's letter to Plaintiffs' Counsel, dated December 8, 2011;

**EXHIBIT 220:** Defense Counsel's letter to Plaintiffs' Counsel, dated June 1, 2012;

**EXHIBIT 221:** ACE Subpoena;

**EXHIBIT 222:** "*West VA Dancers File Action Against Club for Wages & Tip Fees*," ACE Newsletter (Nov. 16, 2011);

**EXHIBIT 223:** Excerpts from CLUB BULLETIN (Oct./Nov. 2008);

**EXHIBIT 224:** Excerpts from CLUB BULLETIN (May 2009);

**EXHIBIT 225:** Excerpts from CLUB BULLETIN (July 2009);

**EXHIBIT 226:** Excerpts and Article (Clyde DeWitt, "*Why everyone should be concerned about the dancer class action lawsuits in California*,") from CLUB BULLETIN (Sept. 2009);

**EXHIBIT 227:** Article ("*Expo Legal Panel 1: Upon Further Review . . . Legal tips for your staff,*") from CLUB BULLETIN (Jan. 2010);

**EXHIBIT 228:** Excerpts from CLUB BULLETIN (May 2010);

**EXHIBIT 229:** Excerpts and Article (Bradley J. Shafer, "*Dancer class action suits….,*") from CLUB BULLETIN (Sept. 2010);

**EXHIBIT 230:** Article (Don Waitt, "*Publisher's Note: Staying with the family*,") from CLUB BULLETIN (Nov. 2010);

**EXHIBIT 231:** Article (Clyde DeWitt, "*Ten Legal items you need to address RIGHT NOW*,") from CLUB BULLETIN (Mar. 2011);

**EXHIBIT 232:** Excerpts from CLUB BULLETIN (Sept. 2011);

**EXHIBIT 233:** Excerpts from CLUB BULLETIN (Sept. 2012);

**EXHIBIT 234:** Excerpts from CLUB BULLETIN (March 2012);

**EXHIBIT 235:** Eric Zajkowski, et al. v. RCI Entertainment (Minnesota), Inc. and Rick's Cabaret International, Inc.,
Hennepin County District Court File No. 27-CV-07-26436
Complaint, dated 12/7/2007;

**EXHIBIT 236:** Eric Zajkowski, et al. v. RCI Entertainment (Minnesota), Inc. and Rick's Cabaret International, Inc.,
Hennepin County District Court File No. 27-CV-07-26436
Second Amended Complaint, dated 10/27/2008;

**EXHIBIT 237:** Eric Zajkowski, et al. v. RCI Entertainment (Minnesota), Inc. and Rick's Cabaret International, Inc.,
Hennepin County District Court File No. 27-CV-07-26436
Answer to Second Amended Complaint, dated 11/14/2008;

**EXHIBIT 238:** Nicole Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc.,
Case No. 08-CV-5458 (GEL)
Amended Complaint, dated 8/19/2008;

**EXHIBIT 239:** Nicole Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc.,
Case No. 08-CV-5458 (GEL)
Answer, dated 9/29/2008;

**EXHIBIT 240:** Nicole Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc.,
Case No. 08-CV-5458 (GEL)
Notice of Acceptance of Offer of Judgment, dated 2/18/2009;

**EXHIBIT 241:** Nicole Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc.,
Case No. 08-CV-5458 (GEL)
Endorsed Proposed Judgment, dated 2/20/2009;

**EXHIBIT 242:** Emails between Counsel, dated 7/25/2008;

**EXHIBIT 243:** William Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc., Ed Anakar and Kenneth Sistrunk,
Case No. 09-CV-4425 (PKC/AJP)
Complaint, dated 5/6/2009;

**EXHIBIT 244:** William Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc., Ed Anakar and Kenneth Sistrunk,
Case No. 09-CV-4425 (PKC/AJP)
First Amended Complaint, dated 5/27/2009;

**EXHIBIT 245:** William Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc., Ed Anakar and Kenneth Sistrunk,
Case No. 09-CV-4425 (PKC/AJP)
Corporate Defendants' Answer, dated 6/8/2009;

**EXHIBIT 246:** William Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc., Ed Anakar and Kenneth Sistrunk,
Case No. 09-CV-4425 (PKC/AJP)
Sistrunk Answer, dated 6/29/2009;

**EXHIBIT 247:** William Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc., Ed Anakar and Kenneth Sistrunk,
Case No. 09-CV-4425 (PKC/AJP)
Anakar Answer, dated 6/30/2009; and

**EXHIBIT 248:** William Imbeault v. Rick's Cabaret International, Inc., RCI Entertainment (New York) Inc., Peregrine Enterprises, Inc., Ed Anakar and Kenneth Sistrunk,
Case No. 09-CV-4425 (PKC/AJP)
Order of Dismissal on Consent, dated 8/14/2009.

4. On October 16, 2012, I went to http://www.ricksinvestor.com/default.aspx and viewed the Rick's Cabaret Second Quarter 2012 Conference Call Transcript. The content of the transcript I viewed on October 16, 2012 is identical to the document attached as Exhibit 249 to the Affidavit of Heather J. O'Neil.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: February 15, 2013

s/Anna P. Prakash
Anna P. Prakash

Subscribed and sworn to before me
this 15th day of February, 2013.

s/Jean Katherine Guthrie
Notary Public

My Commission Expires Jan. 31, 2015