**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL, INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | ) | Case No. 09-CV-3043 PAE/RLE<br><br>**SUPPLEMENTAL AFFIDAVIT TO ATTACH EXHIBITS** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Anna P. Prakash, being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiffs in the above matter and, ***pursuant to instruction from the Court's ECF Helpdesk***, I submit this Affidavit for the sole purpose of electronically filing exhibits listed in my February 15, 2013 Affidavit (ECF No. 387), that could not all be electronically attached to that Affidavit due to the number of exhibits.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: April 2, 2013

s/Anna P. Prakash
Anna P. Prakash

Subscribed and sworn to before me
this 2nd day of April, 2013.

s/Heather J. O'Neil
Notary Public
My Commission Expires Jan. 31, 2017