UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the New York Rule 23 Class, <br><br> Plaintiffs, <br><br> v. <br><br> RICK'S CABARET INTERNATIONAL, INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC., <br><br> Defendants. | Case No. 09-CV-3043 PAE/RLE <br><br><br><br> **PLACEHOLDER FOR FOR EXHIBITS 2-10** |

This document is a placeholder for the following Exhibits which are being filed conventionally with the Clerk's Office (pending Court approval):

1. Exhibits 2-10 (provided in electronic form)

Date: July 21, 2014

NICHOLS KASTER, PLLP

s/Anna P. Prakash
Michele R. Fisher (MF 4600)
Steven Andrew Smith, MN Bar No. 260836*
E. Michelle Drake, MN Bar No. 0387366*
Anna P. Prakash, MN Bar No. 0351362*
   * *admitted pro hac vice*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFFS