UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC. F/K/A RICK'S CABARET INTERNATIONAL, INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 PAE/RLE<br><br>**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND FOR SERVICE PAYMENTS** |

Plaintiffs hereby move the Court for an Order granting Plaintiffs' Motion for Attorneys' Fees and Costs and for Service Payments. Plaintiffs request that the Court approve $5.5 million dollars for Class Counsel's attorneys' fees and costs, $15,000 as service payments for Class Representatives Sabrina Hart and Reka Furedi, and $2,000 service payments for each of the Opt-In Discovery Participants. Based on the supporting papers filed herewith, Plaintiffs' Motion should be granted.

1

|  |  |
|---|---|
| Dated: <u>June 22, 2015</u> | NICHOLS KASTER, PLLP |

<u>s/ E. Michelle Drake</u>
Michele R. Fisher (MF 4600)
Steven Andrew Smith, MN Bar No. 260836
    (*admitted pro hac vice*)
E. Michelle Drake, MN Bar No. 0387366
    (*admitted pro hac vice*)
Anna P. Prakash, MN Bar No. 0351362
    (*admitted pro hac vice*)
John G. Albanese, MN Bar No. 395882
    (*admitted pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFFS