# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HART and REKA FUREDI on behalf of themselves and all others similarly situated, and the New York Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC. f/k/a Rick's Cabaret International, Inc. RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 09-CV-3043 PAE/RLE<br><br>**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR FINAL SETTLEMENT APPROVAL** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, hereby respectfully move the Court for an Order granting their Unopposed Motion for Final Settlement Approval.

Dated: <u>August 5, 2015</u>

NICHOLS KASTER, PLLP

<u>s/ Anna P. Prakash</u>
Michele R. Fisher (MF 4600)
Steven Andrew Smith, MN Bar No. 260836
    (*admitted pro hac vice*)
E. Michelle Drake, MN Bar No. 0387366
    (*admitted pro hac vice*)
Anna P. Prakash, MN Bar No. 0351362
    (*admitted pro hac vice*)
John G. Albanese, MN Bar No. 395882
    (*admitted pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFFS